

## IV.

All of the federal claims were properly dismissed. Absent a substantial federal question, the district court properly declined to exercise jurisdiction over the pendant state law claims set forth in the complaint. *United Mine Workers v. Gibbs*, 383 U.S. 715, 726, 86 S.Ct. 1130, 1139, 16 L.Ed.2d 218 (1966). No extraordinary circumstances have been asserted to justify continuous jurisdiction over the pendent state claims. *See Cooley v. Pennsylvania Housing Finance Agency*, 830 F.2d 469 (3d Cir.1987). Accordingly, we will affirm the district court's dismissal of the complaint.

## PER CURIAM:

The district court's order and reasons in this case, 662 F.Supp. 921 (E.D.La.1987), were sensitive to the court's role as an *Erie* court. Finding no support in the Louisiana law for the plaintiffs' theories of recovery in tort or in contract, the district court dismissed the plaintiffs' case. The plaintiffs' appellate brief cites no new authority, but simply urges us as a matter of public policy to place the responsibility for the plaintiffs' loss on The Wall Street Journal. Even if we agreed with the plaintiffs' policy arguments, which we do not, we are not free to fashion new theories of recovery under Louisiana law.

The judgment of the district court is affirmed on the basis of that court's opinion.

---

John PITTMAN and Iddo Pittman, Jr.,
Plaintiffs–Appellants,

v.

DOW JONES & COMPANY, INC.,
d/b/a The Wall Street Journal,
Defendant–Appellee.

No. 87–3548
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 9, 1987.

Iddo Pittman, Jr., Tom H. Matheny, Pittman & Matheny, Hammond, La., for plaintiffs-appellants.

Jack M. Weiss, Mary Louise Strong, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., for defendant-appellee.

Before RUBIN, RANDALL and JOLLY, Circuit Judges.

---

UNITED STATES of America,
Plaintiff-Appellee,

v.

Dedra Estell OVERTON, et al.,
Plaintiffs-Intervenors,
Appellants,

v.

TEXAS EDUCATION AGENCY, et al.,
Defendants-Appellees.

Samantha PRICE, et al.,
Plaintiffs-Appellants,

v.

AUSTIN INDEPENDENT SCHOOL DISTRICT, et al., Defendants-Appellees.

Nos. 87–1576, 87–1635.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 1987.